Jose Madrid
Washington County Jail
1206 Old Independence Rd.
Brenham, TX 77833

**FILED**

JAN 03 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

A23CA0015 RP

Re: Request for an investigation and to file a criminal complaint

## Request for an investigation and to file a criminal complaint

To the office

I, Jose Madrid, Jacket # 201800258, Washington County Jail, 1206 Old Independence Rd, Brenham, TX 77833 file this request for an investigation and file a criminal complaint against (1) Jenkins and Sgt. Ballard for using excessive force to assault me and (2) against sheriff (Otto Hanak), Chief (E. Hensley), Lt. (Marlow Lowrey) and Lt. (K. Kruger) for conspiring to cover up the assault and purposely violating their own established policy & procedures and statutory laws of the land.

On the 11th day of June 22 Jenkins and Sgt. Ballard maliciously/sadistically assaulted me by using unprovoked excessive force. I have not provoked anyone in any manner for all this to happen. I have witnesses that witnessed the entire ordeal. Sgt. Ballard knowingly/intentionally, with intent to harm and attack me, I got dragged into my cell, outside of the view of the cameras to intentionally beat and tase me.

I was taken to the ER in Brenham, TX for six stitches across my eyebrow which meat was hanging out touching my eyelid. The sheriff dept. refused to take pictures and follow proper policy and procedures in the use of excessive force manual and applicable law. I had to start yelling at the hospital to get peoples attention for the Washington counties mistreatment and breaking the law by denying me proper procedure to take pictures and protocol. They refused to submit my report, complaint. They didn't take pictures of all my wounds and bruises. They refused to do a proper investigation, didn't ask no one (inmates) what happened, cleared up evidence (blood). Washington County then refused to give me a proper hearing in accordance with due process right in their handbook.

They violated my constitutional rights, statutory law (22.02(a)(1), (22.01(a)(1), 39.02(a)(1), 39.03(a)(1)(2), 32.04(a) 5th + 14th amendment of U.S. constitution, 18 U.S.C. § 241 and § 242.

### Request

I'm respectfully requesting that your office conduct a thorough investigation, including requesting and reviewing all evidence (surveillance footage, disciplinary report, use of force reports, and all reports pertaining to my case (excessive use of force). Request written responses (affidavits) of all officers involved and speak to my witnesses. I also request that your office protect me from any further retaliation by sheriff (Otto Hanak), Chief (E. Hensley), Lt. (Marlow Lowrey), and any/all of their subordinates.

# Affidavit

The State of Texas
County of Washington

My name is Jose J Madrid. I am sound mind over the age of 18 year capable of mankind this affidavit and personally acquainted with the facts stated in this affidavit.

On June 11, 2022 myself and other inmates in A&B tank were complaining to officers about getting mistreated by the Washington county staff. Inmate TJ Lyles and myself got locked out of our cells and dayroom during chow. After we ate Jailor Jenkins and Sgt. Ballard went into B tank and stated to inmates coming out of B tank dayroom. "y'all good." He rolled the doors for them but left our doors closed Sgt Ballard told me and the other inmate to stand in the hall. Sgt. Ballard and Jenkins left from B tank, maliciously and sadistically to cause me harm and came to A tank. I stated something to the effects of, "this is wrong, what y'all are doing to us." Sgt Ballard came into A tank with rage in his eyes. So I turned around and began walking toward my cell. Sgt. Ballard starts shoving me from behind with excessive force three times, then he puts me in a choke hold submission from behind. I'm showing no aggression towards him, this was unprovoked. He dragged me into my cell as I'm trying to catch my breathe from his choke hold. I knew that he was trying to take me into my cell to get me out of the view of the cameras. Once I was in my cell he should've let me go. So I grabbed the bars from the inside of my cell, he was trying to slam me, in fear of my life. I knew they planned to assault me. There was no reason to grab me and continue to choke once I was in my cell. Sgt. Ballard told Jenkins to tase me. As I was being tased He slammed me on the edge of my bunk, hitting face first, then my collar bone, with all his weight and force on top of me. My eyebrow was busted wide open with meat hanging all out and blood leaking everywhere. I told him he messed up my eye and my shoulder was broke while he was sitting on top of me, calmly talking. Then officer Jenkins started punching me. I tried covering my face to block the punches, then started to tase me again for no reason. I put my hands behind and Sgt. Ballard handcuffed me when I was handcuffed Jenkins continued tasing me. I was in fear of my life because I never seen so much of my blood in my life. I was literally in a puddle of my own blood. They picked me up handcuffs super tight on my wrist leaving marks. They took me to the nurse office. While the nurse was looking at my wounds. I was drenched in my blood with meat hanging over my eye. She stated that I needed stitches. Officer Holmes stated, "Oh it's not that bad." EMS was called to transport me to the hospital bandaged up on a stretcher because my whole head and collar bone on both sides was hurting on both sides with sharp pains. At the ER I repeatedly told Holmes, that I want to file charges. criminal complaint on the officers for assaulting me causing me bodily injury. I also told him that I wanted an officer to come take pictures of my injuries, in accordance with policy and procedures manual for excessive force and constitutional and state law. He assault my intelligence by stating, "I don't know if they are going to take pictures or not." I tel him, "that it is protocal to take pictures and to take my statement." Holmes called the jail a couple of times trying to figure out what to do. After he got off the phone he told me "that they said they aren't taking any pictures." I started crying and getting loud because I was scared and terrified not knowing what their plans were to do with me. Holmes got back on the phone and started talking to someone at Washington county jail telling them, "that I was demanding pictures." Later a Washington county deputy (Washington) comes to the ER where I was at. Deputy Washington is close friends with the officers that assaulted me. They worked together as jailors and also assaulted numerous inmates while working as a jailor. He gave me a statement form. I wrote everything down that I could remember that happened and he took pictures of my laceration on my eyebrow. I asked him for a copy of my statement. He told me that they don't give copies of statements. The hospital staff took me to get a cat scan because of the injuries I sustained. As I got up, I got light headed and seen white stuff. They also did x-rays of my chest and shoulder because of the excruciating pain. Finally about three hours later the medical staff and doctor came to stitch me u

They told me my laceration was three centimeters big requiring six stitches. Then I was brought back to the county jail and three jailers where saying I had to go to ad seg. I became terrified & horrified because I didn't know what they were going to do wit me. I said "I'm not going to ad-seg for no reason. So they dragged me to ad-seg cell and they threw me in there handcuffed causing me to bang my head against the w Then Jenkins started clapping his hands and laughing. They did this after I got fresh stitches, causing me more pain and suffering.

Administration and their subordinates denied and refused to give me any of my property (whites, sox, boxers, legal mail, pen and paper, soap, envelopes, toilet paper, etc.) I had to wait two days to get toilet paper (basic human needs) so I could use after defecating. One officer told me to defecate in the shower and laughed.

Executed in Washington County, State of Texas on the 30th day of July, 2022

Opie Madrid
Jose Madrid
1206 Old Independence Rd
Brenham, TX 77833

## Unsworn Declaration

Under 28 U.S.C. §1746 and Texas Civil Practice and remedies code §132.001 et se: I declare under penalties of perjury that my name is Jose Madrid and my address is 1206 Old Independence Rd, Brenham, TX 77833. I am over the age of 18 years old and am competent to make this declaration. I declare under the penalties of perjury that all assertions (afore mentioned) provided in this document are true and correct.

Executed in Washington County Jail, State of Texas on the 30th day of Ju 2022

Joe Madrid

To whom it may concern.

RECEIVED
JAN 3 - 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

I'm writting y'all to see if someone may help me out. I was physically aggrevated assaulted with bodily harm by excessive force by washington County Jailors. By extreme measures, in result I recieved six stitches across my left eyebrow. Enclose with this letter is my affidavit and complaint. May y'all please help. Just want justice and so it wont happen to anyone else. Thank y'all God bless

Jose Madrid

Jose Maria 20140000256
1806 Old Independence Rd.
Brenham, TX 77833

Legal Mail

NORTH HOUSTON TX 773
31 DEC 2022

SCREENED BY CSO
JAN 03 2023

U.S. District Court, Western District of Texas
U.S. District Clerk's office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

78701-381275