**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**JOSE MADRID,**

                        **Plaintiff,**

**-vs-**                                               **Case No.  A-23-CV-015-RP**

**FNU JENKINS and SGT. BALLARD,**
                                 **Defendants.**

_____

**<u>ORDER OF DISMISSAL</u>**

Before the Court is Plaintiff's *pro se* pleading entitled "Request for an investigation and to file a criminal complaint." "[A] private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973); *see also Kelley v. Creasy*, 773 F. App'x 797 (5th Cir. July 23, 2019) (holding to extent plaintiff sought to have district court prosecute state officers, district court was correct that plaintiff does not have constitutional right to have individual criminally prosecuted).  Rather, whether to prosecute criminal statutes and bring charges are decisions left to the discretion of a prosecutor.  *United States v. Batchelder*, 442 U.S. 114, 124 (1979).  To the extent Plaintiff is attempting to file a criminal complaint his complaint is dismissed.  This dismissal is without prejudice to filing a civil rights complaint.

The Court will instruct the Clerk of Court to provide Plaintiff a form for filing a civil rights complaint.  The fee for a civil rights complaint is $402.  If Plaintiff is unable to pay the fee, he may file an application to proceed *in forma pauperis*. If Plaintiff is granted leave to proceed *in forma*

*pauperis,* a $350.00 filing fee will be deducted from his inmate trust fund account in installments until the full filing fee is paid and a $52 administrative fee will be waived.

It is therefore **ORDERED** that Plaintiff's *pro se* pleading entitled "Request for an investigation and to file a criminal complaint" is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the Clerk shall forward to Plaintiff forms to file a civil rights complaint and an application to proceed *in forma pauperis*.

It is finally **ORDERED** that this case is **CLOSED**.

**SIGNED** on January 9, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE